# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISAAC LENIN, | : |
|                 Petitioner, | :    Civil No. 15-7310 (FLW) |
| v. | :    **MEMORANDUM AND ORDER** |
| STEPHEN JOHNSON et al., | : |
|                 Respondents. | : |

      Petitioner *pro se*, Isaac Lenin ("Lenin" or "Petitioner"), a state prisoner presently incarcerated at East Jersey State Prison, in Rahway, New Jersey, seeks to bring a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (*See* ECF No. 1.) A habeas petition must include either a $5.00 filing fee or an application to proceed *in forma pauperis*. 28 U.S.C. §§ 1914(a), 1915(a); Rules Governing § 2254 Cases, Rule 2, 28 U.S.C.A. foll. § 2254. Lenin's petition included neither. Thus, this case will be administratively terminated. Petitioner shall be given an opportunity to reopen this action should he so choose.

      Therefore, IT IS, on this 28th day of February, 2018,

      ORDERED that the Clerk of the Court shall administratively terminate this case; Petitioner is informed that administrative termination is not a "dismissal" for purposes of the statute of limitations, and that, if the case is reopened, it is not subject to the statute of limitations time bar provided the original complaint was timely; and it is further

      ORDERED that, if Petitioner wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Clarkson S. Fisher Building and U.S. Courthouse,

402 East State Street, Trenton, New Jersey, 08608; Petitioner's writing shall include either the $5.00 filing fee or a complete application to proceed *in forma pauperis*; and it is further

ORDERED that, upon receipt of a writing from Petitioner stating that he wishes to reopen this case and either the $5.00 filing fee or a complete application to proceed *in forma pauperis*, the Clerk of the Court will be directed to reopen this case; and it is finally

ORDERED that the Clerk shall serve upon Petitioner by regular U.S. mail (1) a copy of this Memorandum and Order and (2) a blank form application to proceed *in forma pauperis* by a prisoner in a habeas corpus case, form DNJ-ProSe-007-B-(Rev.09/09).

/s/ Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge